✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN   District of   NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| REGGIE COOLIE | Case Number: 1:01-cr-293-002 |
| | USM Number: 12165-052 |
| Date of Previous Judgment: August 29, 2002 | Peter Fitzgerald, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of X the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X DENIED . The defendant's previously imposed sentence of imprisonment remains the same.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: __ to __ months | Amended Guideline Range: __ to __ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**

The defendant is ineligible for a sentence reduction as the defendant's sentence was based on a cross reference to the sentencing guidelines for the offense of murder.
_____

All provisions of the judgment dated August 29, 2002 shall remain in effect.
**IT IS SO ORDERED**.

March 11, 2008
Order Date

_____   _____
                              Frederick J. Scullin, Jr.
Effective Date (if different from order date)   Senior United States District Court Judge