✎AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN District of NEW YORK

| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
|---|---|
| v. | |
| REGGIE COOLEY | Case Number: 1:01-cr-293-002 (FJS) |
| | USM Number: 12165-052 |
| Date of Previous Judgment: August 29, 2002 | Peter Fitzgerald, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
       X GRANTED and the defendant's previously imposed sentence of imprisonment of 66 months on Counts 3 and 4 (as reflected in the last judgment issued) is reduced to 54 months and shall be served consecutively with a previously imposed term of imprisonment of 120 months. on Count 6 for a total imprisonment term of 174 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: 29 | Amended Offense Level: 27 |
|---|---|
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 51 to 63 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
x The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

All provisions of the judgment dated August 29, 2002 shall remain in effect.
**IT IS SO ORDERED**.

October 22, 2008
Order Date

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge